UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Maple Ridge Mortgage Services, LLC, et al

        v.                                Case No. 09-cv-353-PB

Hartford Casualty Insurance Co.


O R D E R

The plaintiffs have failed to comply with my Order dated January 22, 2010, accordingly, the complaint is dismissed without prejudice.


SO ORDERED.


March 8, 2010                                      /s/ Paul Barbadoro
                                                          Paul Barbadoro
                                                          United States District Judge


cc:    Counsel of Record

       Elisha V. Badeau
       225 Derry Road
       Hudson, N H 03051